UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID AND TOSHA BAILEY INDIVIDUALLY AND ON BEHALF OF THEIR MINOR CHILD, DASHIA BAILEY | * * * * * | CIVIL ACTION NO. 08-189 |
| VERSUS | * * | SECTION " " |
| WAL-MART STORES, INC. | * | MAGISTRATE |

*********************************************************************

## JUDGMENT

Considering the stipulation of the parties and the foregoing Motion for Remand;

**IT IS ORDERED** that the captioned matter be and the same is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this __17__ day of __June__, 2008.

_____
UNITED STATES DISTRICT JUDGE

19th JDC certified copy